| PROB 22<br>(Rev. 02/88) | DOCKET NUMBER (Tran. Court) |
| **TRANSFER OF JURISDICTION** | 0758 3:04CR00117-001 |
| | DOCKET NUMBER (Rec. Court) |
| | 0864 0:17CR00220-001 (DWF) |

| NAME & ADDRESS OF PROBATIONER/SUPERVISED RELEASEE<br><br>Joseph Edward Connors<br>Ponsford, MN | DISTRICT<br>Western District of Wisconsin | | DIVISION<br>Madison |
| | NAME OF SENTENCING JUDGE<br><br>Honorable John C. Shabaz | | |
| | DATES OF PROBATION/<br>SUPERVISED RELEASE | FROM<br><br>01/26/2017 | TO<br><br>01/25/2020 |

OFFENSE

Distribution of Cocaine

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ___Western___ DISTRICT OF ___Wisconsin___

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the District of Minnesota upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

AUGUST 25, 2017
_____
Date

_____
United States District Judge

*This sentence may be deleted in the discretion of the transferring court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ___District of Minnesota___

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after entry of this order.

8/29/2017
_____
Effective Date

s/Donovan W. Frank
_____
United States District Judge